IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDIATEK INC. and MEDIATEK USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED MICRO DEVICES, INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 19-368 (CFC) ) ) ) ) ) |

**STIPULATED ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs MediaTek Inc. and MediaTek USA Inc. and Defendant Advanced Micro Devices, Inc. (together "the Parties") hereby stipulate and agree that, subject to order of this Court, all claims asserted in the above-captioned action are hereby dismissed without prejudice, and without costs, disbursements, or attorneys' fees to any party.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Brian P. Egan* | */s/ Frederick L. Cottrell, III* |
| Jack B. Blumenfeld (#1014) <br> Brian P. Egan (#6227) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> began@mnat.com | Frederick L. Cottrell, III (#2555) <br> Alexandra M. Ewing (#6407) <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> cottrell@rlf.com <br> ewing@rlf.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

September 23, 2019

**IT IS SO ORDERED** this ____ day of September, 2019.

_____
United States District Court Judge